**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

Second Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Merida Perez__    JOINT DEBTOR: _____    CASE NO.: __17-15433-RAM__
Last Four Digits of SS# __0151__    Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $__167.70__ for months __1__ to __4__;
  B.  $__191.20__ for months __5__ to __60__; in order to pay the following creditors:

Administrative:    Attorney's Fee - $3,500.00 + 750.00 + 175.00 Costs = $4,425.00
    Total Paid -    $1,300.00
    Balance Due-   $3,125.00   payable $148.81/month   (Months __1__ to __21__)

Secured Creditors:    [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date    $_____
Address: _____        Payment    $____/month    (Months ___ to ___)
_____        Payment    $____/month    (Months ___ to ___)
Account No: _____    Payment    $____/month    (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Carlos Orellana (2nd Mtg) Acct # xxxxx0151 | Homestead property located at 5601 Collins Avenue #510 Miami Beach, FL 33140 $391,000.00 | 0.00% | $0.00 | __1__ To __60__ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____    Total Due $_____
            Payable $_____/month    (Months ____ to ____)

Unsecured Creditors:    Pay $ __2.12__ month    (Months __1__ to __4__)
            Pay $ __23.27__ month    (Months __5__ to __21__)
            Pay $ __172.08__ month    (Months __22__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Caliber Home Loans (Acct #8112 – H/S First Mtg.), Chase Mtg (Acct #6764 - Non-H/s#1-Mtg), Select Portfolio Servicing (Acct #0547-Non-H/s#2-Mtg), and The Pavilion Condominium (H/s-HOA) are being paid outside the Chapter 13 Plan. The debtor(s) is hereby advised that the Ch.13 trustee has requested that the debtor comply with 521 (f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous years' income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____
Debtor
Date: __07/27/2017__

LF-31 (rev. 01/08/10)